**LAKESIDE REALTY II et al.**

v.

**NORTH PROVIDENCE ZONING BOARD OF REVIEW et al.**

No. 81–614–A.

Supreme Court of Rhode Island.

July 15, 1982.

John Quattrocchi, III, Steven G. Day, Smithfield, for plaintiff.

Selya & Iannuccillo, Inc., Anthony G. Iannuccillo, Providence, for defendant.

ORDER

Upon examining the record in this case, we discovered that the plaintiffs have appealed from a judgment of the Superior Court entered in a zoning case. There is no right of appeal from such a judgment. *Bassi v. Zoning Board of Review*, 107 R.I. 702, 271 A.2d 210 (1970).

Therefore, the plaintiffs' appeal is denied and dismissed and the papers are remanded to the Superior Court.

**Maxmillian LEBLOVIC et ux.**

v.

**Donald O. ELLERTHORPE, Director.**

No. 82–317–M.P.

Supreme Court of Rhode Island.

July 15, 1982.

William A. DiMitri, Jr., Oleg Nikolyszyn, Providence, for petitioner.

ORDER

The petition for writ of habeas corpus is denied.

**Edward N. LEVEILLE et al.**

v.

**BRISTOL SCHOOL COMMITTEE et al.**

No. 82–154–M.P.

Supreme Court of Rhode Island.

July 15, 1982.

Urso, Liguori & Urso, Thomas J. Liguori, Jr., Westerly, for petitioner.

ORDER

The petition for writ of certiorari is denied.